Motion Granted; Appeal Dismissed and Memorandum
Opinion filed March 31, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01254-CV

____________

 

LANE VAUGHN, TERRY SELLAND, AND 

FORT PECK OIL AND GAS L.L.C., Appellants

 

V.

 

GULF COAST PROSPECTORS, Appellee

 



 

On Appeal from the 55th District Court District Court

Harris County, Texas

Trial Court Cause No. 2008-74745

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed November 22, 2010.  On March 25, 2011, appellants
filed an unopposed motion to dismiss the appeal because the case has been
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Chief Justice Hedges, Justices Frost
and Christopher.